
## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

------------------------------------------------------------

FARMERS ALLIANCE MUTUAL
INSURANCE COMPANY,                    )
                                      )    Cause No. CV-19-00032-SPW-TJC
                                      )
            Plaintiff,                )    THE HON. SUSAN P. WATTERS
                                      )
    - vs. -                           )    **ORDER OF DISMISSAL OF**
                                      )    **THE COMPLAINT FOR**
ROBERT KEEFER, DARLENE                )    **DECLARATORY JUDGMENT**
KEEFER, MARY MCFARLANE,               )
FRED SCOTT, and SCOTT                 )
WESTERN REALTY,                       )
                                      )
            Defendants.               )

------------------------------------------------------------

Based upon the Stipulation for Dismissal of Complaint for Declaratory

Judgment (Doc. 10) entered into by Plaintiff Farmers Alliance Mutual Insurance

Company, ("Farmers") and Defendants Robert Keefer, Darlene Keefer, Mary

McFarlane, Fred Scott and Scott Western Realty, (collectively "Defendants"); and

for good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Complaint for Declaratory Judgment

Action is DISMISSED, each party to bear their own costs and expenses; and

Pursuant to the Stipulation, Farmers has filed a Notice of Dismissal (Doc.

11)  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (ii).

DATED this __28th__ day of May, 2019.


SUSAN P. WATTERS
U.S. District Court Judge